IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARLAND BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CDK GLOBAL, LLC,<br><br>    Defendant. | Case No. 1:24-cv-06981 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Garland Brown, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant CDK Global, LLC without prejudice.

Dated: August 29, 2024      Respectfully Submitted,

                 /s/ *Gary M. Klinger*
                 Gary M. Klinger
                 **MILBERG COLEMAN BRYSON**
                 **PHILLIPS GROSSMAN, PLLC**
                 227 W. Monroe Street, Suite 2100
                 Chicago, IL 60606
                 Phone: 866.252.0878
                 Email: gklinger@milberg.com

                 Jeffrey S. Goldenberg (Bar No. 0063771)
                 **GOLDENBERG SCHNEIDER, LPA**
                 4445 Lake Forest Drive, Suite 490
                 Cincinnati, Ohio 45242
                 Telephone: (513) 345-8291
                 jgoldenberg@gs-legal.com

                 Charles E. Schaffer
                 **LEVIN SEDRAN & BERMAN**
                 510 Walnut Street, Suite 500
                 Philadelphia, PA 19106
                 Telephone: (215) 592-1500
                 cschaffer@lfsblaw.com

Brett R. Cohen*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514-1851
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

*Counsel for Plaintiff and the Putative Class*

*\*Pro Hac Vice Application Forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com
